AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 02, 2023

SEAN F. MCAVOY, CLERK

JACK W. J.,

   *Plaintiff*

v.

KILOLO KIJAKAZI,
COMMISSIONER OF SOCIAL SECURITY,

   *Defendant*

Civil Action No. 1:22-CV-3046-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Plaintiff's Motion for Summary Judgment, ECF No. 11, is DENIED. Defendant's Motion for Summary Judgment, ECF No. 12, is GRANTED. Judgment in entered for the Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Rosanna Malouf Peterson  on cross-motions for summary judgment.

Date: 2/2/2023

*CLERK OF COURT*

SEAN F. McAVOY

s/ Nicole Cruz
       *(By) Deputy Clerk*

Nicole Cruz